# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CONSUELA MIRANDA McKINNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL MOTORS, LLC, )<br>)<br>Defendant. ) | Case No. CV614-115 |

## ORDER

The Court having reviewed and considered the petition of Derek S. Merman of the law firm of Heard Robins Cloud LLP, 2000 West Loop South, 22nd Floor, Houston, Texas 77027, for permission to appear pro hac vice on behalf of plaintiff Consuela Miranda McKinney, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Derek S. Merman as counsel of record for plaintiff Consuela Miranda McKinney, in this case.

**SO ORDERED** this __30th__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA