UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CONSUELA MIRANDA McKINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV614-115 |
| | ) |
| GENERAL MOTORS, LLC, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

The Court having reviewed and considered the petition of Paul Cassisa of the law firm of Butler Snow LLP, 1200 Jefferson Avenue, Suite 205, Oxford, Mississippi 38655, for permission to appear pro hac vice on behalf of defendant General Motors LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Paul Cassisa as counsel of record for defendant General Motors LLC, in this case.

**SO ORDERED** this __6th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA